

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>ALPHONZO STRONG<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CR 09-248-DOC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Alphonzo Strong</u>, IT IS ORDERED that a detention hearing is set for <u>August 4</u>, <u>2014</u>, at <u>1:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>July 31, 2014</u>     <u>DOUGLAS F. McCORMICK</u>
U.S. District Judge/Magistrate Judge