
Case 8:09-cr-00248-DOC  Document 1542  Filed 05/15/15  Page 1 of 2  Page ID #:14646

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 8:09-cr-00248 DOC |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Shnay | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___CA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

( ) other: _prior violation of supervised release_
_- history of drug use_
_- criminal history_
_- insufficient bail resources_

Case 8:09-cr-00248-DOC   Document 1542   Filed 05/15/15   Page 2 of 2   Page ID #:14647

| | | |
|---|---|---|
|1| |and/ or|
|2|B. ( )|The defendant has not met his/her burden of establishing by clear and|
|3| |convincing evidence that he/she is not likely to pose a danger to the|
|4| |safety of any other person or the community if released under 18 U.S.C.|
|5| |§ 3142(b) or (c). This finding is based on the following:|
|6| |( )   information in the Pretrial Services Report and Recommendation|
|7| |( )   information in the violation petition and report(s)|
|8| |( )   the defendant's nonobjection to detention at this time|
|9| |( )   other: _____|

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  MAY 1 5 2015

_____
KENLY KIYA KATO
United States Magistrate Judge

2