UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Alphonzo Strong,<br><br>    Defendant. | Case No.: SACR 09 - 0248 - DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown background and bail resources, two prior

1 <u>revocations, subsequent arrest while on supervision</u>

2 _____

3 _____

4 and/or

5 B. (X) The defendant has not met (his)/her burden of establishing by
6 clear and convincing evidence that (he)/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: <u>prior criminal history, alleged violations, history</u>
10 <u>of noncompliance, subsequent arrest while on</u>
11 <u>supervision</u>
12 _____

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: 3/24/17                            /s/ Jean Rosenbluth
18                                           JEAN ROSENBLUTH
                                             U.S. MAGISTRATE JUDGE